Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina
_____ Division

**FILED**
CHARLOTTE, NC
OCT - 8 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

Anthony Leonard

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Transunion, LLC

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 3:25-CV-767-MOC
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ✓ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: Anthony Leonard
  Street Address: PO Box 217171
  City and County: Charlotte, Mecklenburg County
  State and Zip Code: NC 28221
  Telephone Number: 843-442-1388
  E-mail Address: Anthonyleonard419@gmail.com

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Case 3:25-cv-00767-MOC-DCK    Document 1    Filed 10/08/25    Page 1 of 12

Defendant No. 1

- Name: Transunion, LLC
- Job or Title *(if known)*:
- Street Address: 2626 Glenwood Ave Suite 550
- City and County: Raleigh
- State and Zip Code: NC 27608
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 2

- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3

- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4

- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question       [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
FCRA violations (§§ 1681e(b), 1681g(a), 1681i(a))

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b.  If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
Defendant Violated Plaintiff Federal Consumer rights

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

From approximately April 2025 through June 2025, Plaintiff Anthony Leonard, a resident of Charlotte, North Carolina, applied for several credit accounts with multiple vendors.
On the same day, different vendors provided Plaintiff with significantly different credit scores that were reported by TransUnion LLC.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff requests $25,000 in actual damages for loss of credit opportunities, higher interest rates, emotional distress, and damage to reputation resulting from the inaccurate and inconsistent credit reporting by each defendant between April 2025 and June 2025.
Plaintiff requests $4,505 per violation in Statutory damage, consistent with the current inflation-adjusted statutory penalty for violations of the Fair Credit Reporting Act.
Plaintiff requests $50,000 in punitive damages due to each defendants reckless and willful failure to ensure the accuracy of Plaintiffs credit information and to conduct reasonable investigations after Plaintiffs disputes.

Plaintiff requests a total $100,000 in Actual, Statutory and Punitive damages

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/07/2025

Signature of Plaintiff

Printed Name of Plaintiff: Anthony Leonard

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

Page 5 of 5

Case 3:25-cv-00767-MOC-DCK    Document 1    Filed 10/08/25    Page 5 of 12

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**ANTHONY LEONARD**                                          Case No. _____

                   Plaintiffs,       **COMPLAINT**

      v.                             15 U.S.C. § 1681 *et seq.*

**TRANSUNION, LLC**             DEMAND FOR JURY TRIAL

                   Defendants.

**COMPLAINT** - Page 1 of 8

1.

## JURISDICTION AND THE PARTIES

The United States District Court of North Carolina of has jurisdiction of this action pursuant to 28 U.S.C. § 1331 because the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq.*, is a federal consumer protection law.

2.

Anthony Leonard ("plaintiffs") are natural persons residing in Mecklenburg County, North Carolina, and are "persons" and "consumers" as defined by the FCRA at 15 U.S.C. § 1681a(b) and (c).

3.

Transunion, LLC ("Transunion") is an Illinois corporation that regularly evaluates and reports consumer credit information to third parties through interstate commerce and is a "consumer reporting agency" as defined by the FCRA at 15 U.S.C. § 1681a(f).

**COMPLAINT** - Page 2 of 8

4.

The venue and division of this Court are proper because all defendants regularly transact business in the State of North Carolian and plaintiffs lived in Mecklenburg County, North Carolina at all times material.

5.

## FACTUAL ALLEGATIONS

From April 2025 to June 2025, plaintiff applied for credit with multiple vendors. On or about the same days, Plaintiffs prospective creditors obtained Plaintiffs consumer credit reports and scores from the defendant.

6.

Specifically, each report from the Defendant displayed materially different credit scores from other consumer reporting agencies, which caused multiple inconsistent leading decisions. (See Exhibits A-F)

7.

As a Direct result, Plaintiff was denied credit opportunities and suffered emotional distress, inconvenience and economic loss.

8.

Plaintiff believes the wrong are continuing, as inaccurate and inconsistent information may still be present in his credit file and continues to affect his ability to obtain fair credit terms.

**COMPLAINT** - Page 3 of 8

9.

## CAUSES OF ACTION

**FIRST CLAIM FOR RELIEF AGAINST TRANSUNION, LLC**

(15 U.S.C. § 1681e(b))

Plaintiffs re-allege the paragraphs above by reference.

10.

From April 2025 to June 2025, Equifax willfully or negligently failed to comply with its responsibilities under the FCRA found at 15 U.S.C. § 1681e(b) by failing to follow reasonable procedures to assure maximum possible accuracy of the information in plaintiffs' credit reports, and failed to comply with its reinvestigation responsibilities found at 15 U.S.C. § 1681i.

11.

**SECOND CLAIM FOR RELIEF AGAINST TRANSUNION, LLC**

(15 U.S.C. § 1681i(a))

Plaintiffs re-allege the paragraphs above by reference.

12.

From April 2025 to June 2025, Transunion, LLC willfully or negligently failed to comply with its responsibilities under the FCRA found at 15 U.S.C. § 1681i(a) by failing to conduct reasonable reinvestigation. After receiving notice of disputed information in Plaintiffs credit file plaintiffs' credit reports, and failed to comply with its reinvestigation responsibilities found at 15 U.S.C. § 1681i.

**COMPLAINT** - Page 4 of 8

13.

## THIRD CLAIM FOR RELIEF AGAINST TRANSUNION, LLC

(15 U.S.C. § 1681g(a))

Plaintiffs re-allege the paragraphs above by reference.

14.

From April 2025 to June 2025, Transunion, LLC failed to Disclose all Information in File. Defendant failed to clearly and accurately disclose to Plaintiff all information in Plaintiffs consumer file as required by law.

## FOURTH CLAIM FOR RELIEF AGAINST TRANSUNION, LLC

(15 U.S.C. § 1681n)

Plaintiffs re-allege the paragraphs above by reference.

15.

From April 2025 to June 2025, Transunion, LLC willfully or negligently failed to comply with its responsibilities under the FCRA found at 15 U.S.C. § 1681n. Defendants violations were willful, entitling Plaintiff to Statutory damages of $4,505 per violation, punitive damages and reasonable attorney fees.

**COMPLAINT** - Page 5 of 8

16.

## FIFTH CLAIM FOR RELIEF AGAINST TRANSUNION, LLC

(15 U.S.C. § 1681o)

Plaintiffs re-allege the paragraphs above by reference.

17.

From April 2025 to June 2025, Transunion, LLC willfully or negligently failed to comply with its responsibilities under the FCRA found at 15 U.S.C. § 1681o. Alternatively, Defendants conduct was negligent, entitling Plaintiff to actual damages and attorney fees.

## LEGAL SUPPORT

18.

Plaintiff's claims are supported by the following authorities:

- Dalton v. Capital Associated Indus., Inc., 257 F.3d 409 (4th Cir. 2001)
- Saunders v. Branch Banking & Trust Co., 526 F.3d 142 (4th Cir. 2008)
- Guimond v. Trans Union Credit Info. Co., 45 F.3d 1329 (9th Cir. 1995)
- Cushman v. Trans Union Corp., 115 F.3d 220 (3d Cir. 1997)

19.

**DEMAND FOR JURY TRIAL**.

**COMPLAINT** - Page 6 of 8

WHEREFORE, after a determination or stipulation that defendants' conduct as alleged in this complaint violated the FCRA, plaintiffs seek judgment against defendants for the following:

1. An award of actual damages against Transunion, LLC;

2. An award of punitive damages against Transunion, LLC;

3. An award of Statutory damages against Transunion, LLC of $4,505 per violation, as adjusted under the Federal Civil Penalties Inflation Adjustment Act

4. Any other equitable relief this Court may determine to be fair and just.

5. Attorney's fees and costs pursuant to 15 U.S.C. §§1681n and 1681o.

DATED: October 7, 2025

RESPECTFULLY FILED,

s/ _____
Anthony Leonard,
PO Box 217171
Charlotte, NC 28221
anthonyleonard419gmail.com
Direct 843-442-1388

**COMPLAINT** - Page 7 of 7